# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA TRESSLER, | : | CIVIL NO: 1:24-CV-00456 |
| | : | |
| Plaintiff | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| CENTRE COUNTY, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER
December 5, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the named County Defendants' motion to dismiss (*doc. 13*) the complaint is **GRANTED IN PART** and **DENIED IN PART** as follows. The motion is **GRANTED** to the extent that (1) all claims against defendants CCCF, Irwin, and Schell are dismissed; (2) the failure-to-protect claims against defendants Medford, Vangorder, Rupert, Quigley, and Napoleon are dismissed; (3) the denial-of-medical-care claim against defendant Medford is dismissed; and (4) Tressler's demand for a specific monetary amount is stricken.

The motion is otherwise **DENIED**.  **IT IS FURTHER ORDERED** that Tressler may filed an amended complaint within 28 days of the date of this Order.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
